UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDY CHUNG,

        Plaintiff,

   v.

RADIO STATION 107.5 FM
DJS KRISTINA K, COOLNUT,
BIGGER BOY

        Defendants.

Case No. 6:15-cv-01624-TC

ORDER

Aiken, Chief Judge:

On September 23, 2015, Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action and recommended that plaintiff's claims be dismissed for failure to state a claim allowing federal jurisdiction. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's

1    - ORDER

report. See 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff filed timely objections; I have, therefore, given <u>de novo</u> review of Judge Coffin's opinion. I find no error.

Accordingly, Magistrate Judge Coffin's Findings and Recommendation (doc. 8) filed September 23, 2015 is ADOPTED and this case is DISMISSED.

IT IS SO ORDERED.

Dated this 10th day of November, 2015.

_____
Ann Aiken
United States District Judge

2    - ORDER